UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14031-CR-MOORE

UNITED STATES OF AMERICA,

      Plaintiff(s),

vs.

TOMMY LEE CARTER, JR.

      Defendant(s).

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation [86] on Defendant's Pro Se Notice of Appeal [27] and the Eleventh Circuit Court of Appeals' Limited remand [77]. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation [86] is hereby **ADOPTED**. The Defendant's untimely notice of appeal [72] is hereby considered a motion for extension of time under Fed.R.App.P. 4(b)(4) and the Defendant's Notice of Appeal is found to be timely filed based upon excusable neglect.

DONE AND ORDERED in Chambers at Miami, Florida this 21st day of April, 2009.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record